LODGED

1  DeAnn Johnson©
2  c/o General Mail Delivery
   Lancaster, California 93534
3  msdeannjohnson@gmail.com

2025 AUG 27 PM 3:17

CLERK U.S. DISTRICT COURT
CENTRAL
LOS A...

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

DeAnn Johnson©™,

Executor And Trustee Of Ecclesiastical Private Irrevocable Trust, DeAnn Johnson© And Claimant Appearing Specially, Private State Californian Special Appearance Only – Not A U.S. Citizen, Employee, Agent, Vessel, Resident, Or Corporate Person

                Claimant/Petitioner,

vs.

Lancaster 690 LP, US Properties, Stephen Morgan (in personal capacity), Michelle Lim (in personal capacity), Cornell Margo (in personal capacity), T. Ziegler (Clerk of the Court, in personal capacity),
Defendants / Cross-Defendants.
      Respondent

Case No.: 2:25cv08096-MEMF-RAOx

ORDER GRANTING PLAINTIFF'S VERIFIED COMPLAINT AND MOTION FOR DISCOVERY

**ORDER GRANTING PLAINTIFF'S VERIFIED COMPLAINT AND MOTION FOR DISCOVERY**

Upon review of DeAnn Johnson©™ Verified Complaint and Motion for Discovery, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Possession Restored: Defendants Lancaster 690 LP, US Properties, and all co-actors are ordered to immediately return possession of the premises located at 1727 East Avenue

PLEADING TITLE - 1

J4-327, Lancaster, CA 93535 to DeAnn Johnson©™.

2. Restitution: All deposits, interest, profits, and proceeds withheld or misappropriated by Defendants related to DeAnn Johnson©™'s funds, securitized instruments, or origination amounts shall be returned to DeAnn Johnson©™ immediately.

3. Discovery: Defendants shall produce the following within 30 days of this Order:

   a. Judges' oaths, bonds, and portfolios for Stephen Morgan, Michelle Lim, and Cornell Margo;

   b. Attorney authority, including licenses and oaths of office, for all attorneys representing Lancaster 690 LP and US Properties;

   c. Identification of all CUSIP numbers or other identifiers of securitized instruments related to DeAnn Johnson©™'s assets;

4. Compliance: Defendants shall provide verified responses to discovery under oath. Noncompliance may result in sanctions, including default judgment as requested by DeAnn Johnson©™.

5. Further Relief: The Court retains jurisdiction to grant any additional relief necessary to enforce this Order and protect DeAnn Johnson©™'s human and inalienable rights under federal and state law, UCC, treaties, and Geneva Conventions.

IT IS SO ORDERED.

DATED: _____

_____

United States District Judge

PLEADING TITLE - 2